UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

YUDY HERNANDEZ,                                                         CASE NO. 1:25-cv-20773-JB

    Plaintiff,

vs.

PSYCHO BUNNY, INC.,
a Foreign Profit Corporation D/B/A PSYCHO BUNNY

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, YUDY HERNANDEZ, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against PSYCHO BUNNY, INC., a Foreign Profit Corporation D/B/A PSYCHO BUNNY.

    Submitted by:

    Mendez Law Offices, PLLC
    Attorneys for Plaintiff
    P.O. BOX 228630
    Miami, Florida 33172
    Telephone: 305.264.9090
    Facsimile: 305.809.8474
    Email:info@mendezlawoffices.com
    By:        /s/
    DIEGO GERMAN MENDEZ, ESQ.
    FL BAR NO.: 52748

###